U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 0 2007

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

July 20, 2007

SO ORDERED

*George B. Daniels*

HON. GEORGE B. DANIELS
JUL 2 0 2007

By Facsimile

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Counsel on Attached List

Re:   United States v. David Wilkins, et al.,
      S1 07 Cr. 566 (GBD)

MEMO ENDORSED

Dear Judge Daniels and Counsel:

    The Grand Jury returned the enclosed superseding Indictment yesterday, which adds the following individuals to the Indictment: Tory Delaney, Robin McMahon, James Gilliard, and Mark Atwater. The Court had previously scheduled a status conference for August 8, 2007, at 9:45 a.m. The Government is in the process of determining whether the defendants would prefer to be arraigned on the superseding Indictment at the August 8, 2007 status conference or sooner. The Government will contact Chambers if it determines that any defendant wishes to be arraigned before August 8. If not, the Government will request that the defendants be arraigned on August 8.

    The Government requests an exclusion of time under the Speedy Trial Act, from today until the August 8, 2007, so that the defense and the Government can work towards a disposition in this case. In addition, the Government has been gathering and will be producing discovery within the next two weeks. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: Jillian Berman/Joseph Facciponti
Assistant United States Attorneys
(212) 637-2197/2522

Returned to chambers for scanning on 7/24/07
Scanned by chambers on _____

cc:   All Counsel on Attached List

MICROFILM   JUL 23 2007 -3 PM