LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON
AVROM ROBIN

MEREDITH S. HELLER

OF COUNSEL
ROBERT M. SILVERSTEIN

245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-8422
EMAIL: iradlondon@aol.com
avrom@mindspring.com
msheller1@earthlink.net

USDC SD
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: SEP 0 2 2008

SO ORDERED
The sentencing is adjourned to October 1, 2008 at 10:00 a.m.
SEP 0 2 2008
/s/ George B. Daniels
HON. GEORGE B. DANIELS

August 27, 2008

Honorable George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. David Wilkins (Robin McMahon)**
      **07 CR 566 (GBD)**

Dear Judge Daniels:

    I write regarding our client in the above case, Robin McMahon. Mr. McMahon is currently scheduled to be sentenced on September 4, 2008. An adjournment of twenty-eight days is respectfully requested for several reasons.

    Mr. London and our associate attorney, Meredith S. Heller, have been preparing for trial in *United States v. Jacomino*, 05-cr-698 (GBD), currently scheduled to begin on September 8, 2008, before Your Honor. That case has required a significant amount of preparation, including working with an investigator and reviewing a substantial amount of discovery. Additionally, I was out of the country for six weeks and only returned to the office this past Monday, August 25, 2008.

    The Presentence Report ("PSR") was completed on August 11, 2008, but I have not been able to fully review it or discuss it with my client. It is necessary that I meet with Mr. McMahon at least once in order to determine if there are any objections to the PSR.

    The government, through A.U.S.A. Joseph Facciponti, has been informed of this request and has no objection.

Honorable George B. Daniels  
Southern District of New York  
August 27, 2008  
Page 2 of 2

LAW OFFICES OF<br>**LONDON & ROBIN**

  Therefore, for the above-stated reasons, it is respectfully requested that Mr. McMahon be granted a 28-day adjournment, until October 1, 2008, at 10:00 a.m., a date and time suggested by your clerk.

Very truly yours,

AVROM ROBIN

Cc: A.U.S.A. Joseph P. Facciponti (via fax)  
   U.S.P.O. Robert Flemen (via fax)